IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INCASE DESIGNS, INC., | No. C 13-00613 RS |
|         Plaintiffs, | **STANDBY ORDER OF DISMISSAL** |
| v. | |
| AUGUST HAT COMPANY, INC. and HEX HOLDINGS LLC., | |
|         Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **May 28, 2013**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 30, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order my result in dismissal of the case.

IT IS SO ORDERED.

Dated: 4/29/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE